FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 26 2014

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:14CR18 LED/JDL |
| JOSHUA HIPPLER | § § | |

SEALED

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1

Violation: 42 U.S.C. §§ 1320d-6(a)(2) and (b)(3)
(Wrongful Disclosure of Individually Identifiable Health Information)

From in and around December 1, 2012, and continuing through in and around January 14, 2013, the exact dates being unknown to the Grand Jury, in the Eastern District of Texas, the defendant, **Joshua Hippler**, who was then an employee of a covered entity, did, knowingly and in violation of 42 U.S.C. §§ 1320d et seq., obtain individually identifiable health information relating to an individual, with the intent to sell, transfer, and use individually identifiable health information for personal gain, in violation of 42 U.S.C. § 1320d-6(a)(2) and (b)(3).

Indictment – Page 1

A TRUE BILL

_____
GRAND JURY FOREPERSON

3-26-14
Date

JOHN M. BALES
UNITED STATES ATTORNEY

_____
NATHANIEL C. KUMMERFELD
ASSISTANT UNITED STATES ATTORNEY

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:14CR__ |
| JOSHUA HIPPLER | § | |

## NOTICE OF PENALTY

## COUNT 1

VIOLATION: 42 U.S.C. §§ 1320d-6(a)(2) and (b)(3)
Wrongful Disclosure of Individually Identifiable Health Information

PENALTY: Imprisonment of not more than ten (10) years and a fine of $250,000 to be followed by not more than three (3) years supervised release.

SPECIAL ASSESSMENT: $100.00

Indictment – Page 3